180 F.2d 580
 Edward C. KELLEY, Petitioner,
v.
The RAILROAD RETIREMENT BOARD, Respondent.
 No. 13045.
 United States Court of Appeals Fifth Circuit.
 March 20, 1950.
 
 Petition for Review of Decision of the Railroad Retirement Board.
 Robt. C. Giles, Birmingham, Ala., Ben F. Ray, Birmingham, Ala., for petitioner.
 Myles F. Gibbons, General Counsel, Railroad Retirement Bd., Chicago, Ill., for respondent.
 Before HOLMES, McCORD, and BORAH, Circuit Judges.
 PER CURIAM.
 
 
 1
 The petition is denied.